■ In the Matter of GRAZYNA S.-G., Appellant, v EVELINA G., Respondent. [48 NYS3d 586]—Order and judgment (one paper), Family Court, New York County (Pamela Scheininger, Ref.), entered on or about May 20, 2015, which, upon petitioner daughter's default, granted respondent mother's motion to dismiss the petition seeking an order of protection against respondent, unanimously affirmed, without costs.

Contrary to the Referee's conclusion, petitioner did not default; petitioner testified at the fact-finding hearing and her attorney appeared on May 20, 2015 and objected to the dismissal of the petition (*see Schlain v Women's Radiology*, 305 AD2d 173, 174 [1st Dept 2003]). In any event, petitioner failed to establish a prima facie case that respondent's actions constituted the family offenses of harassment in the second degree or disorderly conduct (*see Matter of Kirsten G. v Melvin G.*, 143 AD3d 614, 614 [1st Dept 2016]). Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Kahn, JJ.